Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
NATALIE FLORES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NATALIE FLORES, | ) | **Case No.: 11-cv-0951** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | **Hon. Judge A. Howard Matz** |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, NATALIE FLORES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: June 3, 2011        KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 3, 2011, I served all counsel of record with a copy of this document by way of email at arowberry@portfoliorecovery.com.

By:   /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.